**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**John Eric HUGHES, Defendant–**
**Appellant.**

**No. 12–6837.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 20, 2012.

Decided: Oct. 19, 2012.

John Eric Hughes, Appellant Pro Se. Gurney Wingate Grant, II, David Thomas Maguire, Elizabeth Wu, Assistant United States Attorneys, Richmond, Virginia, for Appellee.

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Eric Hughes appeals the district court's order denying his motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Hughes,* No. 3:00–cr–00004–JRS–2 (E.D.Va. Apr. 17, 2012). We deny Hughes' motion for appointment of counsel. We dispense with oral argument be-

cause the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*